# Court of Appeals
# of the State of Georgia

ATLANTA,  August 15, 2024

*The Court of Appeals hereby passes the following order:*

**A25E0008.  WARE v. JOHN FLYTHE, JUDGE.**

On July 17, 2024, Gregory Ware petitioned this Court to issue a writ of mandamus for the purpose of obtaining a ruling from Judge Flythe of Richmond County Superior Court on Ware's February 2024 motion to set aside his 2004 conviction.

The petition does not meet the requirements of Rule 40 (c) and is therefore DISMISSED. See *Brown v. Johnson*, 251 Ga. 436, 436 (306 SE2d 655) (1983) (dismissing a petition for mandamus when no "final decision" had been obtained from the superior court).



Court of Appeals of the State of Georgia
 Clerk's Office, Atlanta,  08/15/2024

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.